# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDY ANTHONY BROWN

NO. 2023 KW 1367

**APRIL 4, 2024**

---

In Re:     Randy Anthony Brown, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2020-206243.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.** See **State v. White**, 2013-1192 (La. App. 1st Cir. 7/21/14), 156 So.3d 176.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT